IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VARIOUS INSURERS, REINSURERS, AND RETROCESSIONAIRES, Subscribing to Policy Numbers 106/IN/230/0/0, 28807G19, B080130181G19, B080131297G19, B080127577G19, B080130231G19, B080130291G19, B080130328G19, B080128807G19 and B080130331G19 DBD, as subrogees of **SHAIKET KAHRABA HADJRET EN NOUSS**, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC INTERNATIONAL, INC., GENERAL ELECTRIC COMPANY, GE POWER SERVICES ENGINEERING, GE POWER, and VARIOUS JOHN DOE CORPORATIONS, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-CV-4303-MHC |

## ORDER

This action was filed in this Court on October 14, 2021 [Doc. 1]. Rule 4(m) of the Federal Rules of Civil Procedure provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m). Plaintiffs have not filed any proof of service indicating that any Defendant has been served.

Therefore, it is hereby **ORDERED** that Plaintiff **SHOW CAUSE** show cause, if any there be, within fourteen (14) days of the date of this Order why this Court should not dismiss this case without prejudice for failure to effectuate service pursuant to Federal Rule of Civil Procedure 4(m). A failure to respond to this Order or to show good cause for the failure to serve Defendants within the prescribed time period will result in this Court dismissing this action without prejudice.

**IT IS SO ORDERED** this 19th day of January, 2022.

_____
MARK H. COHEN
United States District Judge