IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VARIOUS INSURERS, REINSURERS, AND RETROCESSIONAIRES,** Subscribing to Policy Numbers 106/IN/230/0/0, 28807G19, B080130181G19, B080131297G19, B080127577G19, B080130231G19, B080130291G19, B080130328G19, B080128807G19 and B080130331G19 DBD, as subrogees of **SHAIKET KAHRABA HADJRET EN NOUSS**, <br><br>    Plaintiffs, <br><br> v. <br><br> **GENERAL ELECTRIC INTERNATIONAL, INC., GENERAL ELECTRIC COMPANY, GE POWER SERVICES ENGINEERING, GE POWER, and VARIOUS JOHN DOE CORPORATIONS,** <br><br>    Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-CV-4303-MHC |

## ORDER

On January 19, 2022, this Court ordered Plaintiffs to show cause within fourteen (14) days of the date of that order why this Court should not dismiss this

case without prejudice for failure to effectuate service pursuant to Federal Rule of Civil Procedure 4(m). Jan. 19, 2022, Order [Doc. 10]. The order stated that "[a] failure to respond to this Order or to show good cause for the failure to serve Defendants within the prescribed time period will result in this Court dismissing this action without prejudice." Plaintiffs have failed to respond to this Court's show cause order and have not shown service on Defendants within the time permitted by Rule 4(m).

Accordingly, it is hereby **ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to timely effectuate service and for failure to comply with a lawful order of this Court. See FED. R. CIV. P., 4(m); LR 41.3(A)(2), NDGa.

**IT IS SO ORDERED** this 9th day of February, 2022.

_____
MARK H. COHEN
United States District Judge